**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DIANA FINCH, on behalf of herself
and all others similarly situated,

                Plaintiff,

    -against-                                  21 **CIVIL** 5964 (VM)

                                                        **JUDGMENT**

XANDR, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 14, 2021, this Court has dismissed the action on the grounds of forum non conveniens.  Defendant Xandr, Inc's motion to dismiss the complaint of plaintiff Diana Finch on the grounds of forum non conveniens is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      December 14, 2021

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                               **BY:**     *K. Mango*
                                                        _____
                                                        **Deputy Clerk**